AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LINE CONSTRUCTION BENEFIT FUND,
A HEALTH AND WELFARE FUND,
                Plaintiff,

v.

BSJ POWER SERVICES, INC., a Florida
Corporation,
                Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **08 C 1127**

ASSIGNED JUDGE: JUDGE NORGLE
MAGISTRATE JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

BSJ POWER SERVICES, INC., a Florida Corporation
c/o:   COMMONS BRANDON, Registered Agent
       2074 SE Isabell Road
       Port St. Lucie, FL 34952

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Nadine Girley_ (signature)
------------------------------
(By) DEPUTY CLERK

February 25, 2008
------------------------------
Date

Exh. "B"

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>BSJ POWER SERVICES, INC., A FLORIDA CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08 C 1127<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **8th day of March, 2008, at 11:40 AM**, at the address of **2074 SE ISABELL Road, PORT SAINT LUCIE**, St. Lucie County, **FL 34952**; this affiant served the above described documents upon **BSJ POWER SERVICES, INC., A FLORIDA CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **COLEENA COMMONS, SPOUSE TO BRANDON COMMONS, REGISTERED AGEN**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____
DEBRA FORBES, Reg. # 06-05, ST. LUCIE, FL

STATE OF FLORIDA, COUNTY OF ST. LUCIE
Sworn to (or affirmed) and subscribed before me this **14th day of March, 2008**, by DEBRA FORBES.

AMY M. BOYD
MY COMMISSION # DD648190
EXPIRES: April 01, 2011
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY

PRINT, TYPE, OR STAMP NAME OF NOTARY
Personally known  X
or Produced Idenitification _____
Type of Identification Produced _____

FOR: ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.

ORIGINAL PROOF OF SERVICE

Tracking #: **5293546** SEA