THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 08C 1127 |
| BSJ POWER SERVICES, INC., a Florida Corporation, | ) ) ) ) | Judge Norgle Mag. Judge Cole |
| Defendant. | ) | |

## AFFIDAVIT

BARBARA BRIGGS, on oath and duly sworn, states:

1. Affiant is the Data Processing Manager for Line Construction Benefit Fund, a Health and Welfare Fund.

2. Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, BSJ POWER SERVICES, INC., a Florida Corp., to be delinquent in its contributions to the Plaintiff Fund for the months of September 1, 2007, through December 31, 2007, in the amount of $3,040.00.

*Barbara Briggs*
BARBARA BRIGGS

Subscribed and Sworn to before me
this _29_ day of _April_ 2008.

_Jean Hayman_
NOTARY PUBLIC

OFFICIAL SEAL
JEAN HAYMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/09