THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, <br><br> Plaintiff, <br><br> v. <br><br> BSJ POWER SERVICES, INC., a Florida Corporation, <br><br> Defendant. | NO. 08C 1127 <br><br> Judge Norgle <br><br> Mag. Judge Cole |

## AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiff, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2. That I represent the Plaintiff, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, and my billing rate to Plaintiff Fund is $195.00 per hour.

3. That I have billed my clients a total of $1,365.00 for legal services in the matter of BSJ POWER SERVICES, a Florida Corporation.

_____
ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 27th day of April, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JACQUELINE S WHARTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/22/11