THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) | | |
| A HEALTH AND WELFARE FUND,  ) | | |
|  ) | | |
| Plaintiff, ) | | |
|  ) | | |
| v.  ) | NO. 08C 1127 | |
|  ) | | |
| BSJ POWER SERVICES, INC., a Florida ) | Judge Norgle | |
| Corporation, ) | | |
|  ) | Mag. Judge Cole | |
| Defendant. ) | | |

## NOTICE OF MOTION

TO:   BRANDON COMMONS, REGISTERED AGENT
      BSJ Power Services, Inc.
      2074 SE Isabell Road
      Port St. Lucie, FL 34952

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Norgle, in Room 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 9th day of May 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

  ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiff in this action, and that he served the attached Motion upon:

    **BRANDON COMMONS, REGISTERED AGENT**
    **BSJ Power Services, Inc.**
    **2074 SE Isabell Road**
    **Port St. Lucie, FL 34952**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 30th day of April, 2008.

  Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

          /s/ Robert B. Greenberg
          Asher, Gittler, Greenfield & D'Alba, Ltd.
          200 West Jackson Boulevard
          Suite 1900
          Chicago, Illinois 60606
          (312) 263-1500
          IL ARDC#: 01047558