THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BSJ POWER SERVICES, INC., a Florida ) <br> Corporation, ) <br> ) <br> Defendant, ) <br> ) <br> US BANK, ) <br> ) <br> Garnishee Defendant. ) | NO. 08C 1127 <br><br> Judge Norgle <br><br> Mag. Judge Cole | |

## MOTION FOR JUDGMENT ON GARNISHMENT ANSWER

NOW COME the Plaintiff, LINE CONSTRUCTION BENEFIT FUND, a Health and Welfare Fund, by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $4,850.00 in favor of Plaintiff and against Garnishee Defendant, US BANK, pursuant to Garnishee's answer to Plaintiff's garnishment, attached hereto, and further to order Garnishee Defendant to pay Plaintiff the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

Dated: July 14, 2008