Case # 08C 1127

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons did you have in your possession, custody or control any property belonging to the judgment debtor or in which he/she had an interest?

Answer: _____yes_____
(yes or no)

2. If your answer is yes, describe the property:

_The sum of $4,850.⁰⁰ is being Held._

3. When you were served with the summons were you otherwise indebted to him/her, no matter when payable?

Answer: _____
(yes or no)

4. If your answer is yes, state:
Description: _____
Amount: $ _____
Date due: _____

5. Garnishee, pursuant to 735 ILCS 5/12-707 is directed to hold any non-exempt indebtedness or other non-exempt property in garnishee's possession until receipt of a subsequent Order of this Court.

6. A copy of the answers to these interrogatories must be filed with the Circuit Clerk and a copy should be sent to the Judgment Creditor or the attorney for the Judgment Creditor by the return date.

7. The garnishee shall forward to the attorney for the Judgment Creditor or the Judgment Creditor, a check for the net amount due the Judgment Creditor, only after the court has entered a deduction order.

## DO NOT REMIT FUNDS TO THE CIRCUIT CLERK

### AFFIDAVIT

The undersigned, on oath, states that the answers to the interrogatories are true, and that a copy of the completed interrogatories has been mailed by First Class Mail or hand delivered to the Judgment Debtor at his/her last known address.

_____   M. Wang
GARNISHEE                        877-247-9468

Signed and sworn to before me
JUL 10 2008                , 20 ___

_____
Notary public

OFFICIAL SEAL
CHERYL SMITH
NOTARY PUBLIC – OREGON
COMMISSION NO. 416981
MY COMMISSION EXPIRES MAY 2, 2011

282771                          Exh. 1