UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUL 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, a Health and Welfare Fund, ) | |
| Plaintiff ) | |
| -vs- ) | |
| BSJ POWER SERVICES, INC., a Florida Corp., ) | Case No. 08C 1127 |
| Defendant ) | Judge Norgle |
| and ) | |
| US BANK, ) | |
| Garnishee-Defendant ) | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ROBERT B. GREENBERG_____ on oath states:

1. Judgment was entered on ____MAY 8, 2008____, for judgment creditor(s) LINE CONSTRUCTION BENEFIT FUND, A HEALTH & WELFARE FUND, ____ and against judgment debtor(s) ____BSJ POWER SERVICES, INC., a Florida Corporation,____ for $4,850.00 and costs.

2. $____0____ has been paid on judgment.

3. There is unpaid on the judgment:
   $4,850.00 _____ principal
   $_____ costs
   $_____ interest
   $4,850.00 _____ TOTAL

4. I believe garnishee _US BANK,_ is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: __7-8-__, 2008.

_/s/ Robert B. Greenberg_

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

Exh 2