Case 1:08-cv-01127   Document 16   Filed 07/16/2008   Page 1 of 2

Case# 08C 1127 

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons did you have in your possession, custody or control any property belonging to the judgment debtor or in which he/she had an interest?

   Answer: __yes__
   (yes or no)

FILED
JUL 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2. If your answer is yes, describe the property:

   __The sum of $4,850.00 is being Held.__

3. When you were served with the summons were you otherwise indebted to him/her, no matter when payable?

   Answer: _____
   (yes or no)

4. If your answer is yes, state:
   Description: _____
   Amount: $ _____
   Date due: _____

5. Garnishee, pursuant to 735 ILCS 5/12-707 is directed to hold any non-exempt indebtedness or other non-exempt property in garnishee's possession until receipt of a subsequent Order of this Court.

6. A copy of the answers to these interrogatories must be filed with the Circuit Clerk and a copy should be sent to the Judgment Creditor or the attorney for the Judgment Creditor by the return date.

7. The garnishee shall forward to the attorney for the Judgment Creditor or the Judgment Creditor, a check for the net amount due the Judgment Creditor, only after the court has entered a deduction order.

**DO NOT REMIT FUNDS TO THE CIRCUIT CLERK**

### AFFIDAVIT

The undersigned, on oath, states that the answers to the interrogatories are true, and that a copy of the completed interrogatories has been mailed by First Class Mail or hand delivered to the Judgment Debtor at his/her last known address.

_M. Wang_
GARNISHEE
877-247-9468

Signed and sworn to before me
JUL 10 2008, 20___

_____
Notary public

OFFICIAL SEAL
CHERYL SMITH
NOTARY PUBLIC – OREGON
COMMISSION NO. 416981
MY COMMISSION EXPIRES MAY 2, 2011

282771

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LINE CONSTRUCTION BENEFIT FUND, a Health ) 
and Welfare Fund, )
)
                Plaintiff )
-vs- )
BSJ POWER SERVICES, INC., a Florida Corp., )
                Defendant )   Case No. 08C 1127
         and )   Judge Norgle
US BANK, )
)
                Garnishee-Defendant )

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

ROBERT B. GREENBERG on oath states:

1. Judgment was entered on MAY 8, 2008, for judgment creditor(s) LINE CONSTRUCTION BENEFIT FUND, A HEALTH & WELFARE FUND, and against judgment debtor(s) BSJ POWER SERVICES, INC., a Florida Corporation, for $4,850.00 and costs.

2. $ 0 has been paid on judgment.

3. There is unpaid on the judgment:
   $ 4,850.00 principal
   $ _____ costs
   $ _____ interest
   $ 4,850.00 TOTAL

4. I believe garnishee US BANK is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: 7-8- , 2008.

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

** TOTAL PAGE.05 **