HHN

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BSJ POWER SERVICES, INC., a Florida ) <br> Corporation, ) <br> ) <br> Defendant, ) <br> ) <br> US BANK, ) <br> ) <br> Garnishee Defendant. ) | NO. 08C 1127 <br><br> Judge Norgle <br><br> Mag. Judge Cole |

### JUDGMENT ORDER

This cause coming on to be heard on Plaintiffs' Motion for entry of Judgment on Garnishee Defendant's Answer, and the Court being duly apprized in the premises,

IT IS NOW THEREFORE ORDERED:

That Garnishee-Defendant, US BANK, is directed to turn over to Plaintiff the amount of $4,850.00, within 10 days from the date of the Court's Order in satisfaction of Plaintiff's judgment against Defendant and in accordance with Garnishee Defendant's answer to Plaintiff's garnishment.

DATED: 7/25/2008

ENTER:

_____
U.S. District Court Judge

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard - Suite 1900
Chicago, Illinois 60606
(312) 263-1500