THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 08C 1127 |
| BSJ POWER SERVICES, INC., a Florida Corporation, ) ) ) | Judge Norgle |
| ) Defendant, ) ) | Mag. Judge Cole |
| US BANK, ) ) | |
| Garnishee Defendant. ) | |

## SATISFACTION OF JUDGMENT

Plaintiff, LINE CONSTRUCTION BENEFIT FUND, a Health and Welfare Fund, by its legal representative, Robert B. Greenberg, having received full satisfaction and payment, releases the money judgment entered against Garnishee Defendant, US BANK, for $4,850.00.

Dated: August 12, 2008

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

**CERTIFICATE OF SERVICE**

      ROBERT B. GREENBERG, being duly sworn, says that he is an Attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., Attorneys for Plaintiff in this action, and that he served the attached SATISFACTION OF JUDGMENT upon:

        Ms. Min Wang/US Bank
        Attention: Garnishments
        P.O. Box 30869
        Portland, Oregon 97294

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 12th day of August, 2008.

      Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

        /s/ Robert B. Greenberg
        Asher, Gittler, Greenfield & D'Alba, Ltd.
        200 West Jackson Boulevard
        Suite 1900
        Chicago, Illinois 60606
        (312) 263-1500
        IL ARDC#: 01047558